Eric Stephenson (9779)
WHITE & GARNER
10 West 100 South, Suite 450
Salt Lake City, Utah 84101
Phone: (801) 849-9300
Email: eric.stephenson@utahtriallawyers.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLIE HOUSE,<br><br>        Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case Number: 2:18-cv-00115-DBP<br><br>Judge: Dustin B. Pead |

## NOTICE OF SETTLEMENT

Plaintiff, Charlie House, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED 9/13/2018

/s/ Eric Stephenson
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on September 13 2018, I served this Notice of Settlement through this court's electronic filing system which automatically notifies counsel of record for the Defendants.

/s/Eric Stephenson_____
Eric Stephenson
*Counsel for Plaintiff*